1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Santiago Ortega Jimenez

7

8
                **UNITED STATES DISTRICT COURT**
9                **CENTRAL DISTRICT OF CALIFORNIA**
                      **EASTERN DIVISION**
10

11
   SANTIAGO ORTEGA JIMENEZ,        )   Case No.: EDCV 10-1227 CW
12                                  )
              Plaintiff,            )   ORDER OF DISMISSAL
13                                  )
       vs.                          )
14                                  )
   MICHAEL J. ASTRUE,               )
15 Commissioner of Social Security, )
                                    )
16            Defendant.            )
                                    )
17 _____ )

18
        The above captioned matter is dismissed with prejudice, each party to bear
19
   its own fees, costs, and expenses.
20
        IT IS SO ORDERED.
21
   DATE:    March 2, 2011
22                            _____/S/_____
                              THE HONORABLE CARLA WOEHRLE
23                            UNITED STATES MAGISTRATE JUDGE

24

25

26

-1-

1  DATE: March 1, 2011          Respectfully submitted,

                                LAW OFFICES OF LAWRENCE D. ROHLFING
                                         /s/ *Brian C. Shapiro*
                           BY: _____
                                Brian C. Shapiro
                                Attorney for plaintiff Santiago Ortega Jimenez

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26